UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                      Plaintiffs,        Index No.:

                                                            RULE 7.1

   -against-                                  08 CIV. 3973

NEW DECORATIVE ART STUDIO, INC.,        JUDGE KARAS

                      Defendant.
-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: April 23, 2008

                                                                Dana L. Henke, Esq. (DLH3025)