# BARNES, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

August 4, 2008

VIA FACSIMILE (914) 390-4152
Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   Trustees of District Council 9 et. al. v. New Decorative Art Studio, Inc.
      Index No.: 08-CIV-3973 (KMK)

Dear Honorable Judge Karas:

This office represents the plaintiffs in the above matter. This letter makes reference to the return date on our order to show cause for default judgment scheduled for Wednesday August 6, 2008 at 12:15 p.m.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the collection of contributions found due and owing pursuant to an audit. The Defendant has contacted our office and advised us that they sent payment in full via mail to our office. Upon receipt of the payment we will file a voluntary notice of discontinuance with the Court.

If we do not receive payment we wish to continue with our default judgment proceedings.

Accordingly, we respectfully request an adjournment of the court date to a date that is mutually convenient with the Court. No prior requests for an adjournment have been made. A copy of this letter is simultaneously being sent to the defendant.

Kindly advise this office of the court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

Dawn Stefanik
Paralegal

*[Handwritten endorsement]:* The matter is adjourned until September 10, 2008, at 3:00

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/4/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

cc: New Decorative Art Studio, Inc.

TOTAL P.01