UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND               Index No.: 08-CIV-3973 (KMK)
ANNUITY FUNDS,

                              Plaintiffs,          **VOLUNTARY NOTICE**
                                                          **OF DISMISSAL**

    -against-

NEW DECORATIVE ART STUDIO, INC.,

                              Defendant.
------------------------------------------------------------------X

    Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: August 8, 2008
        Elmsford, New York

                                                            */s/ Dana L. Henke*
                                                            Dana L. Henke, Esq. (DLH3025)
                                                            Attorney for Plaintiff
                                                            258 Saw Mill River Road
                                                            Elmsford, New York 10523
                                                           (914) 592-1515

SO ORDERED

_____
Honorable Kenneth M. Karas, U.S.D.J.