UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND          Index No.: 08-CIV-3973 (KMK)
ANNUITY FUNDS,

                          Plaintiffs,          **VOLUNTARY NOTICE**
                                                          **OF DISMISSAL**

-against-


NEW DECORATIVE ART STUDIO, INC.,

                          Defendant.
----------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.


Dated: August 8, 2008
       Elmsford, New York

                                                            Dana L. Henke, Esq. (DLH3025)
                                                            Attorney for Plaintiff
                                                            258 Saw Mill River Road
                                                            Elmsford, New York 10523
                                                            (914) 592-1515

SO ORDERED

_____
Honorable Kenneth M. Karas, U.S.D.J.
                  8/11/08

                                                            USDS SDNY
                                                            DOCUMENT
                                                            ELECTRONICALLY FILED
                                                           DOC #: _____
                                                           DATE FILED: _____